700

49 So.2d 921

### SHOALS TRANSIT, Inc. v. W. E. MATTHEWS.
### 8 Div. 568.

Supreme Court of Alabama.
Dec. 11, 1950.

McDonnell & Jones, of Sheffield, for appellant.

Smith & Tompkins, of Tuscumbia, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

49 So.2d 921

### Gettis James SIMMONS, alias Summers, v. CITY OF BIRMINGHAM.

### 6 Div. 181.

Supreme Court of Alabama.
Dec. 7, 1950.

Rehearing Denied Jan. 11, 1951.

Geo. E. Trawick, of Birmingham, for petitioner.

Chas. H. Brown, of Birmingham, opposed.

LAWSON, Justice.

Petition of Gettis James Summers for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Simmons, v. City of Birmingham, 35 Ala.App. 712, 49 So.2d 927.

Writ denied.

FOSTER, LIVINGSTON, and STAKELY, JJ., concur.

49 So.2d 922

### SOUTHERN BELL TEL. & TEL. CO. v. COMMUNICATIONS WORKERS OF AMERICA (C.I.O.) INSTALLATION DIVISION NO. 6, et al.

### 6 Div. 168.

Supreme Court of Alabama.
Nov. 28, 1950.

Burr, McKamy, Moore & Tate, of Birmingham, for appellant.

Jerome A. Cooper, Wm. E. Mitch, and Hugo L. Black, Jr., all of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

49 So.2d 922

### STATE v. BAKER FROZEN SWEETS, Inc.
### 6 Div. 53.

Supreme Court of Alabama.
Nov. 28, 1950.

A. A. Carmichael, Atty. Gen., for appellant.

Pritchard & McCall, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.